# United States District Court
for the
### Western District of Kentucky
### Louisville Division

| | |
|---|---|
| Miranda Wrather<br>    *Plaintiff*<br><br>v.<br><br>Cavalry SPV I, LLC<br>    *Defendant*<br>Serve:<br>    CT Corporation System<br>    306 W. Main Street, Suite 512<br>    Frankfort, KY 40601 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.    3:17-cv-666-TBR

## COMPLAINT and DEMAND FOR JURY TRIAL

\*     \*     \*     \*     \*

### INTRODUCTION

1.      This is an action brought by a consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 - 1692o ("FDCPA") and KRS 360.020.

### JURISDICTION

2.      This Court has jurisdiction pursuant to 28 U.S.C. § 1331, and the FDCPA, 15 U.S.C. §1692k(d).

### PARTIES

3.      Plaintiff Miranda Wrather is a natural person who resides and has resided in Oldham County, Ky. for approximately the past four (4) years. Ms. Wrather is a "consumer" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(3).

4.      Defendant, Cavalry SPV I, LLC ("Cavalry"), is a foreign limited liability company, which has registered with the Kentucky Secretary of State. Cavalry is engaged in the business of purchasing debt from creditors and collecting these debts from consumers in this state. Cavalry's principal place of business is located at 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595.

5.     Cavalry's principal purpose is the collection of "debt" and is a "debt collector" as defined by the FDCPA. 15 U.S.C. § 1692a(6).

## RELEVANT FACTS

6.     On July 28, 2017, Defendant Cavalry SPV I, LLC ("Cavalry") filed suit against Ms. Wrather in the Jefferson District Court of Jefferson County, Kentucky under Case No. 17-C-007617 (the "Cavalry Jefferson Lawsuit").

7.     A true and accurate copy of the docket sheet in the Cavalry Jefferson Lawsuit is attached as Exhibit "A."

8.     Cavalry's complaint in the Cavalry Jefferson Lawsuit was an attempt to collect a charged-off credit card debt.

9.     The charged-off credit card at issue in the Cavalry Jefferson Lawsuit was used solely for personal, family, or household purposes, which makes the charged-off credit card debt a "debt" within the meaning of the FDCPA.

10.     The complaint in the Cavalry Jefferson Lawsuit lists Ms. Wrather's current address, which is located in Oldham County, KY.

11.     Cavalry violated the FDCPA by filing the Cavalry Jefferson Lawsuit against Ms. Wrather in Jefferson County, KY when she fact lived in Oldham County, KY.

## Claims for Relief

### Claims against Cavalry

12.     The foregoing acts and omissions of Cavalry SPV I, LLC violate the FDCPA, including, but not limited to violation of 15 U.S.C. § 1692i.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Miranda Wrather requests that the Court grant her the following relief:

1.     Award Plaintiff actual damages;

2.     Award Plaintiff maximum statutory damages under 15 U.S.C. § 1692k;

3.      Award Plaintiff reasonable attorney's fees and costs;

4.      A trial by jury; and

5.      Such other relief as may be just and proper.

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:    (502) 473-6525
Fax:    (502) 473-6561
james@kyconsumerlaw.com
*Co-counsel for Plaintiff*
*Miranda Wrather*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:    (502) 371-2179
Fax:    (502) 257-7309
jmckenzie@jmckenzielaw.com
*Co-counsel for Plaintiff*
*Miranda Wrather*