# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | |
|---|---|---|
| Miranda Wrather<br>*Plaintiff* | )<br>)<br>) | |
| v. | )<br>) | Case No.  3:17-cv-00666-TBR |
| Cavalry SPV I, LLC<br>*Defendant* | )<br>)<br>)<br>) | |

### ORDER DISMISSING WITH PREJUDICE AS TO
### DEFENDANT CAVALRY SPV I, LLC

Plaintiff Miranda Wrather and Defendant Cavalry SPV I, LLC, having jointly stipulated that this case be dismissed with prejudice as to all claims against Cavalry SPV I, LLC as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Miranda Wrather's claims against Defendant Cavalry SPV I, LLC in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and fees.